# SHNAYDER LAW LLC

89 Headquarters Plaza North
Suite 1421
Morristown, NJ 07960
T: (973) 714-1515
www.ShnayderEMPLOYMENTLaw.com

October 13, 2025

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**
***Pyatetsky v. Merit Capital Advisors, LLC, et al.***
**Civil Action No. 24-cv-08154-JAV**

Dear Judge Cave:

---

> The Court is in receipt of Plaintiff's letter motion (Dkt. No. 33 (the "Motion")) to cancel the Settlement Conference scheduled for October 21, 2025 at 2:00 p.m. ET. (See Dkt. No. 32). The Motion is **GRANTED** in part.
>
> The Settlement Conference scheduled for October 21, 2025 at 2:00 p.m. ET is **CANCELLED** and converted to Telephone Conferences with <u>counsel</u> <u>only</u> on the Court's conference line to discuss the parties' settlement positions. On **October 21, 2025**, counsel for the parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the following times:
> • Plaintiff's counsel shall call the conference line at **2:00 p.m. ET**
> • Defendants' counsel shall call the conference line at **2:30 p.m. ET**
>
> The parties are <u>not</u> required to email written submissions in advance of the Telephone Conferences.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 33.
>
> SO ORDERED.   October 14, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

---

We represent the Plaintiff/Counterclaim Defendant, Shawn Pyatetsky ("Plaintiff"), in the above-referenced case. We write Your Honor to respectfully request a cancellation of the settlement conference that is presently scheduled for October 21, 2025 at 2:00 pm. Defendants/Counterclaim Plaintiffs Merit Capital Advisors, LLC and Edmund V. Ludwig, Jr. (collectively, "Defendants") do not join in this request.

By way of background, Plaintiff brings this action against his former employer for violations of the New York Labor Law ("NYLL"), breach of contract, breach of the implied covenant of good faith and fair dealing and under the doctrine of promissory estoppel. Plaintiff alleges that Defendants failed to pay him "Signing Incentive Payments" in the total amount of $25,000 in breach of his Offer Letter. Plaintiff further alleges that immediately before the first incentive payment was due, his employment was unlawfully terminated in an effort to prevent him from receiving the benefits of the parties' agreement. Plaintiff also brings claims for retaliation under the NYLL; Defendants retaliated against Plaintiff by falsely contesting Plaintiff's unemployment benefits and filing baseless and frivolous Counterclaims in this case which fail to allege any damages or misappropriation of documents. Specifically, in their Counterclaims, Defendants allege that Plaintiff sent confidential documents to his personal email address after his termination and exhibited "poor work performance" in violation of the Defend Trade Secrets Act, breach of contract, breach of the implied covenant of good faith and fair dealing, and common law misappropriation.

      In accordance with the Court's rules, and in anticipation of the settlement conference, Plaintiff previously conveyed a settlement demand to Defendants' counsel. Today, in response to Plaintiff's settlement demand, Defendants issued the same exact settlement demand to Plaintiff. In essence, despite presuit progress toward settlement, <u>the parties are now unable to determine which party will even be paying at the settlement conference, let alone the amount of the settlement.</u> During a telephone call earlier today, Defendants' counsel reiterated that Defendants may not agree to be the payor at the settlement conference in light of the existing Counterclaims. Given this wide chasm in settlement positions, we believe that a settlement conference would be unproductive at this time and respectfully request cancellation.

      We thank Your Honor for your consideration of this matter and remain available should the Court require additional information.

Respectfully submitted,

**SHNAYDER LAW LLC**

*/s/ Erica L. Shnayder*
Erica L. Shnayder, Esq.